DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDSTAR ENTERTAINMENT, LLC,**
Appellant,

v.

**KRIS ZEISLER,**
Appellee.

No. 4D21-3439

[March 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE17-018518.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, Patricia Klein of Patricia Klein, P.A., Deerfield Beach, and Richard D. Tuschman of Richard D. Tuschman, P.A., Davie, for appellant.

Alan M. Pierce and Tricia J. Duthiers of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***